ENTERED
ON DOCKET

JAN 22 2001

BY DEPUTY



UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

KATHLEEN M. HOUSE,

   Plaintiff,

v.

THE STATE OF WASHINGTON, et al.,

   Defendant.

Case No. C98-5262

ORDER TO SHOW CAUSE WHY PLAINTIFF SHOULD NOT PROCEED PRO SE

This matter is before the court on the motion of appointed counsel for plaintiff for relief from appointment. This motion was noted for consideration on January 12, 2001, however, no response from the plaintiff was received by the court.

The plaintiff is hereby ordered to show cause why she should not proceed in this matter *pro se*. The plaintiff's response to this order shall be filed with the court no later than February 2, 2001.

DATED this 19 day of January, 2001.

FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE

ORDER - 1

61

car

United States District Court
for the
Western District of Washington
January 22, 2001

* * MAILING CERTIFICATE OF CLERK * *

Re:  3:98-cv-05262

True and correct copies of the attached were mailed by the clerk to the following:

Michelle Lamy Valier, Esq.
MILLER NASH WIENER HAGER & CARLSEN
STE 4400
601 UNION ST
SEATTLE, WA  98101-2352
FAX 622-7485

Kathleen M House
1073 LYBARGER STREET SE
OLYMPIA, WA  98501

Stewart A Johnston, Esq.
ATTORNEY GENERAL'S OFFICE
LABOR & PERSONNEL DIV
PO BOX 40145
OLYMPIA, WA  98504-0145
FAX 1-360-664-4170

Judge Burgess