ENTERED
ON DOCKET

FEB 13 2001

BY DEPUTY



# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
## AT TACOMA

KATHLEEN M. HOUSE,

    Plaintiff,

v.

THE STATE OF WASHINGTON, et al.,

    Defendant.

Case No. C98-5262 FDB

ORDER GRANTING RELIEF FROM APPOINTMENT AND GRANTING APPOINTMENT OF COUNSEL

This matter is before the court on the motion for relief from appointment and the plaintiff's response to the court's order to show cause why she should not proceed *pro se* in this matter.

Michele Valier and Miller Nash, LLP are granted leave to withdraw from this case, however, not without admonishment by the court. Ms. Valier was appointed to this case on March 29, 2000. This motion for relief from appointment is the **first** document that she has filed with the court. The plaintiff sent a letter to the court in October 2000 stating that she was unable to contact her court appointed attorney. In October, the court requested that Ms. Valier notify the court of the status of her representation. The motion for relief from appointment followed in January, 2001.

This conduct, regardless of the circumstances or intentions behind it, communicates a certain disregard of the obligations to the client that Ms. Valier agreed to in accepting the appointment from

ORDER - 1



the pro bono panel in this case.

The court has also reviewed the statement of the plaintiff in response to the court's order to show cause. Plaintiff is advised that the availability of pro bono counsel is very limited. In an ideal world, pro bono counsel would be available and located near plaintiff's residence. However, legal resources are not consistently or equally distributed throughout the state, and the legal community in Seattle may be the only source for pro bono counsel in this matter.

ORDERED:

1. Michelle Valier and Miller Nash LLP are granted leave to withdraw from this case.

2. Plaintiff's case is referred to the Pro Bono Screening Committee for the selection of new counsel.

DATED this ___ day of February, 2001.

FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE

ORDER - 2

car

United States District Court
for the
Western District of Washington
February 13, 2001


* * MAILING CERTIFICATE OF CLERK * *


Re:   3:98-cv-05262


True and correct copies of the attached were mailed by the clerk to the following:

Michelle Lamy Valier, Esq.
MILLER NASH WIENER HAGER & CARLSEN
STE 4400
601 UNION ST
SEATTLE, WA  98101-2352
FAX 622-7485

Kathleen M House
1073 LYBARGER STREET SE
OLYMPIA, WA  98501

Stewart A Johnston, Esq.
ATTORNEY GENERAL'S OFFICE
LABOR & PERSONNEL DIV
PO BOX 40145
OLYMPIA, WA  98504-0145
FAX 1-360-664-4170

Judge Burgess

Janet Thornton