LAW OFFICES OF

# SLOAN BOBRICK & OLDFIELD, INC. P.S.

7610 - 40TH STREET WEST
UNIVERSITY PLACE, WA 98466
(off Bridgeport Way)



TACOMA (253)759-9500
SEATTLE (253)838-0589
FAX (253)752-5324

June 7, 2001

Please Respond To
Philip R Sloan
P O Box 65590
University Place, WA 98466
Psloan@sbo-law com

CLERK U S DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA

Honorable Franklin D. Burgess
U S. District Court - West. District
1717 Pacific Avenue - Room 3100
Tacoma, WA 98402

    Re:   <u>Kathleen House v State of Washington, et al</u>
           Cause No. C98-5262-FDB

Dear Judge Burgess

Recently I was contacted by B Kay McDermott and asked if I would agree to assume representation of Ms. House in the above case in accordance with the pro bono program for civil rights cases. I advised her that I would be willing to thoroughly review the file and confer with Ms. House and at that point define my commitment to represent her.

Ms. McDermott graciously arranged for copies of requested portions of the file to be furnished me. I reviewed those documents and then had an extensive conversation with Stewart Johnston, a Deputy Attorney General who has been defending this case and its predecessor filed by Ms. House. I then had extensive conversations with Ms. House.

In our first conversation, I asked her to write out her goals in this litigation after which we agreed to meet at my office in Tacoma Because of her job hours and lack of an automobile, she was unable to come to my office but we spoke for over an hour by telephone the day after our first conversation

Therein, she articulated her goals in this litigation as seeking to effect a change in all laws pertaining to discrimination against female employees by reason of their gender I advised her that I would be willing to act as her attorney in representing her as an individual and in the context of her specific case against the



CV 98 05262 #00000067

67

Judge Franklin D. Burgess
June 7, 2001
Page 2

State of Washington only but I was not willing to take on a crusade to reform the civil rights laws.

I told her that I do not have the experience, resources or time to take on any such challenge even assuming that I were emotionally committed to doing so.

We did have a frank and long discussion. We agreed that I was not the right attorney for her because she is more interested in the big picture than I was willing to commit to.

I thus respectfully decline to take the case. I advised her to renew her requests to the court. I am returning the materials copied for me to Ms. McDermott by copy of this letter. I regret that I was unable to be of greater assistance to you and the court in this matter

Sincerely,

Philip R. Sloan


PRS:lco
cc: Ms B Kay McDermott
L:\PRS\burgess ltr wpd