ENTERED
ON DOCKET

AUG 20 2001

By Deputy



UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

KATHLEEN M. HOUSE,

    Plaintiff,

v.

THE STATE OF WASHINGTON, et al.,

    Defendant.

Case No. C98-5262 FDB

ORDER DENYING RECONSIDERATION OF ORDER DENYING APPOINTMENT OF COUNSEL; DENYING REQUEST FOR EXTENSION OF TIME TO RESPOND TO COURT'S PRIOR ORDER

    This matter is before the court on plaintiff's motion for determination on pending appointment of counsel. The plaintiff was granted representation from the court's pro bono panel by order filed January 12, 2000. Since that time, the court has diligently attempted to secure representation from the pro bono panel, to no avail. The court has exhausted its resources. On June 13, 2001 the court issued an order instructing plaintiff to advise the court of her choice to proceed pro se or seek counsel no later than August 10, 2001.

    The court received her first response in the form of a motion for reconsideration on July 20, 2001. Motions for reconsideration are disfavored, and the court sees no new circumstance or fact that warrants reconsideration of its prior order. The motion for reconsideration is therefore

ORDER - 1

1 | DENIED.

2 | On August 9, 2001, the court received a request for extension of time to respond to the June
3 | 13, 2001 order and interim response. The court's order of June 13, 2001 clearly communicated the
4 | plaintiff's duty to proceed and granted a sufficient period of time for her to formulate a response.
5 | The request for additional time is DENIED.

6 | The plaintiff is hereby ordered to proceed pro se, until such time as an attorney of her
7 | choosing files a notice of appearance in this case. This matter must move forward to completion.
8 | Therefore the Clerk of the court is ordered to set a schedule for the submission of a joint status
9 | report and begin the processes that will allow this case to proceed to adjudication.

10 | SO ORDERED.

12 | DATED this 20 day of August, 2001.

15 | FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE

26 | ORDER - 2

```
                                                               ec
                  United States District Court
                             for the
                  Western District of Washington
                         August 20, 2001


              * * MAILING CERTIFICATE OF CLERK * *


Re:   3:98-cv-05262



True and correct copies of the attached were mailed by the clerk to the
following:


      Kathleen M House
      1073 LYBARGER STREET SE
      OLYMPIA, WA   98501

      Stewart A Johnston, Esq.
      ATTORNEY GENERAL'S OFFICE
      LABOR & PERSONNEL DIV
      PO BOX 40145
      OLYMPIA, WA   98504-0145
      FAX 1-360-664-4170

      FDB
```