UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| KATHLEEN HOUSE,<br><br>Plaintiff,<br><br>vs<br><br>THE STATE OF WASHINGTON; and THE WASHINGTON STATE DEPARTMENT OF FISH AND WILDLIFE,<br><br>Defendants. | C98-5262FDB<br><br>MINUTED ORDER REQUIRING UPDATED JOINT STATUS REPORT |

NOW on this 22nd day of August 2001, the Court direct the Clerk to enter the following Minute Order:

Pursuant to the Court's Order of August 20, 2001, the parties are directed to confer and provide the Court with an Updated Joint Status Report not later than <u>October 22, 2001</u>. The Updated Joint Status Report shall contain the following information:

1. What is the statutory jurisdictional basis for this Court's jurisdiction?
2. What is the nature and complexity of the case?
3. Should this case or portions of it be referred to a Special Master pursuant to Fed.R. Civ.P. 53?



4. Is this case appropriate for mediation under Local Rule 39.1? *If no explain.*

5. On what date will the case be ready for trial, considering Local Rule 16 deadlines?

6. Is the trial to be jury or non-jury?

7. The number of trial days required?

8. The names, addresses and telephone numbers of trial counsel?

9. The dates on which trial counsel are unavailable and any other complications to be considered in setting a trial date?

10. Suggestions for shortening or simplifying trial.

11. Should the case be bifurcated, trying liability issues before damages issues, or bifurcated in any other way?

It is also the responsibility of Plaintiff to initiate the communication necessary to prepare this Joint Status Report. If the parties are unable to agree upon the content of any part of the status report, they may respond in separate paragraphs. *Separate status reports are not to be filed.*

The foregoing Minute Order entered at the direction of the Honorable FRANKLIN D. BURGESS, United States District Judge.

B. Kay McDermott
Courtroom Deputy

```
                                                              km
               United States District Court
                           for the
                Western District of Washington
                       August 22, 2001


              * * MAILING CERTIFICATE OF CLERK * *


Re:   3:98-cv-05262



True and correct copies of the attached were mailed by the clerk to the
following:


        Kathleen M House
        1073 LYBARGER STREET SE
        OLYMPIA, WA   98501

        Stewart A Johnston, Esq.
        ATTORNEY GENERAL'S OFFICE
        LABOR & PERSONNEL DIV
        PO BOX 40145
        OLYMPIA, WA   98504-0145
        FAX 1-360-664-4170
```