

**RECEIVED SEP 2 1 2001**

1073 Lybarger Street, South East
Olympia, Washington 98501
Friday, September 21, 2001

OFFICE OF THE ATTORNEY GENERAL
LABOR & PERSONNEL DIVISION

Mitchel Sachs, Stewart Johnston
Assistant Attorneys General
State of Washington, Labor & Personnel Division
905 Plum Street, South East, Building 3
Olympia, Washington 98501

RE:   Case # C98-5262 JOINT STATUS REPORT

Dear Sirs:

Attached please find a copy of the Order Re Joint Status Report, dated August 22, 2001. The Order requires that a Joint Status Report be filed by October 22, 2001.

Please let me know when we may arrange a conference for this purpose.

Sincerely,

Kathleen M. House

Attacments:   Order Re Joint Status Report

cc:   Clerk, United State District Court at Tacoma



CV 98-05262 #00000073

73