

3-5
Jury
N

The Honorable FRANKLIN D BURGESS

## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
## AT TACOMA

| | |
|---|---|
| KATHLEEN M. HOUSE, | NO CV98-5262FDB |
| Plaintiff, | JOINT STATUS REPORT |
| v | |
| THE STATE OF WASHINGTON; and THE WASHINGTON STATE DEPARTMENT OF FISH AND WILDLIFE, | |
| Defendants | |

TO   CLERK OF THE COURT

COME NOW the Plaintiff, KATHLEEN M HOUSE, appearing Pro Se, and the Defendants, STATE OF WASHINGTON and WASHINGTON STATE DEPARTMENT OF FISH AND WILDLIFE, appearing by and through their attorneys, CHRISTINE O GREGOIRE, Attorney General, and STEWART A JOHNSTON, Assistant Attorney General, and file this Joint Status Report pursuant to court order

1   <u>Jurisdiction and Complexity</u>

<u>Plaintiff</u>   Plaintiff is bringing a claim pursuant to federal statute 42 USC § 2000(e), Title VII of the Civil Rights Act of 1964 for continuing discrimination in employment based

JOINT STATUS REPORT   1

ATTORNEY GENERAL OF WASHINGTON
Labor & Personnel Division
905 Plum St SE, Bldg 3
PO Box 40145
Olympia, WA 98504-0145
(360) 664-4167

75

CV 98-05262 #00000075

1  on sex and age and for retaliation for actions attempting to redress such discrimination, including the filing of a prior Title VII claim. The case is factually and legally complex.

**Defendants:** Defendants do not disagree with Plaintiff's description of her claims. However, Defendants do not agree that the Court has jurisdiction over all of Plaintiff's discrimination claims, and do not believe this case is legally or factually complex.

2. Status of case

**Plaintiff:** Plaintiff has served defendant with summons and complaint. Defendants have filed an answer and notice of appearance. Plaintiff has filed motions for injunctive relief, which was denied, and for appointment of counsel, which was twice granted then denied. Plaintiff has served defendants with one set of interrogatories and requests for production. Plaintiff will amend her complaint to include state claims, a request for jury trial and additional defendants.

**Defendants:** Defendants intend to file a motion for summary judgment of dismissal as to all of Plaintiff's claims. Defendants reserve the right to object to any motions to amend the Complaint, to add additional parties, or to request a jury trial.

3. Referral to a Special Master

**Plaintiff:** This case should not be referred to a Special Master as designated by 42 USC § 2000e-5(f)5.

**Defendants:** Defendants agree.

4. Mediation

**Plaintiff:** This case is appropriate for mediation.

**Defendants:** Although a previous mediation was unsuccessful, Defendants are willing to mediate again.

5. Trial Date

**Plaintiff:** The case should be ready for trial in September 2002.

JOINT STATUS REPORT                                2

ATTORNEY GENERAL OF WASHINGTON
Labor & Personnel Division
905 Plum St SE Bldg 3
PO Box 40145
Olympia, WA 98504-0145
(360) 664-4167

| | | |
|---|---|---|
| 1 | Defendants | Defendants believe this case could be ready for trial in Spring, 2002. |
| 2 | | |
| 3 | 6 | Jury or Non-Jury. |
| 4 | Plaintiff | The trial is to be jury. |
| 5-7 | Defendants | Defendants have not requested a jury  Plaintiff has not timely filed or served a jury demand  In an earlier status report filed under this cause, Plaintiff stipulated that this case is to be a non-jury trial |
| 8 | 7. | Number of Trial Days |
| 9 | Plaintiff | Five trial days will be required |
| 10 | Defendants | Defendants believe this case could be tried to the Court within three days |
| 11 | 8 | Names and Addresses |
| 12-13 | Plaintiff | Kathleen M House, Pro Se  Address 1073 Lybarger St S E, Olympia, WA 98501  Phone No (360) 786-6185 |
| 14-16 | Defendants | Defendants are represented by Stewart A Johnston, Assistant Attorney General  Address PO Box 40145, Olympia, WA 98504-0145  Phone No (360) 664-4186 |
| 17 | 9 | Unavailable Dates |
| 18-19 | Plaintiff | Plaintiff is unavailable prior to the trial date offered in response to question number 6 |
| 20-22 | Defendants | Defendants' unavailable dates include June 27-July 12, 2002, and August 1-23, 2002  Defendants are available to proceed with trial in May or June, 2002, prior to Plaintiff's proposed trial date, and are also available in September, 2002 |
| 23 | 10 | Suggestions for shortening or simplifying trial |
| 24 | | None |

JOINT STATUS REPORT   3   ATTORNEY GENERAL OF WASHINGTON
Labor & Personnel Division
905 Plum St SE, Bldg 3
PO Box 40145
Olympia, WA 98504-0145
(360) 664-4167

1 | 11   Bifurcation:

2 | The parties do not believe bifurcation of issues or damages is appropriate or necessary

3 | DATED this __19th__ day of October, 2001

_(signature)_
KATHLEEN M HOUSE
Plaintiff, Pro Se

CHRISTINE O GREGOIRE
Attorney General

_(signature)_
STEWART A JOHNSTON
WSBA No 8774
Assistant Attorney General
Attorney for Defendants

JOINT STATUS REPORT                 4                ATTORNEY GENERAL OF WASHINGTON
Labor & Personnel Division
905 Plum St SE, Bldg 3
PO Box 40145
Olympia, WA 98504-0145
(360) 664-4167