UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

KATHLEEN M. HOUSE,

    Plaintiff,

v.

THE STATE OF WASHINGTON; and THE WASHINGTON STATE DEPARTMENT OF FISH AND WILDLIFE,

    Defendants.

CASE NO. C98-5262FDB

MINUTE ORDER SCHEDULING COURT TRIAL and PRETRIAL DATES

    NOW, on this 2nd day of November 2001, the Court directs the Clerk to enter the following Minute Order:

    The above-entitled case has been scheduled for court trial at 9:00 a.m. on **September 30, 2002,** for five (5) days, before THE HONORABLE FRANKLIN D. BURGESS. Counsel should follow the provisions of Rule 16 and 26 of the Federal Rules of Civil Procedure and local Rule W.D. Wash. CR16 and 26. Pursuant to said rules, the following pre-trial schedule is hereby entered. **FILING DEADLINES ARE THE DATE FILING TO BE RECEIVED IN TACOMA.**

    Disclosure of expert witnesses and their opinions by: March 25, 2002

    Disclosure of rebuttal experts and their opinions by: April 23, 2002

    Objection to the oppositions' experts by: May 23, 2002. Failure to file an objection shall be deemed a waiver of any objection.

    Discovery cut-off and *filing* date for amended pleadings is established as: June 3, 2002

    All remaining motions, including DISPOSITIVE MOTIONS, shall be filed by: June 21, 2002

Filing of Trial Briefs, lodging of Proposed Findings of Fact and Conclusions of Law and lodging the Proposed Pre-Trial Order is: August 29, 2002. Counsel are requested to provide the Court on the first day of trial with the Proposed Findings of Fact and Conclusions of Law on a computer disc.

Pre-Trial Conference will be held on September 6, 2002, at 1:30 p.m. **COUNSEL WITH PRINCIPAL RESPONSIBILITY FOR THIS CASE MUST ATTEND.**

Counsel should report to Courtroom C.

**THIS CASE IS DESIGNATED FOR MEDIATION UNDER LOCAL RULE 39.1.**

Counsel shall complete the mediation process and file a letter of compliance by June 12, 2002.

All dates and action required by this Order are firm and shall not be changed without express leave of the Court. Failure to comply in any respect with this Order may result in sanctions against counsel. If this case is settled, please advise the undersigned immediately at (253) 593-6360. If this case is not settled, it will go to trial on the date set or as soon thereafter as the Court is available.

The foregoing Minute Order entered by direction of the HONORABLE FRANKLIN D. BURGESS, United States District Judge.

B. Kay McDermott
Courtroom Deputy

km

United States District Court
for the
Western District of Washington
*November 2, 2001*

\* \* MAILING CERTIFICATE OF CLERK \* \*

Re:  3:98-cv-05262

True and correct copies of the attached were mailed by the clerk to the following:

    Kathleen M House
    1073 LYBARGER STREET SE
    OLYMPIA, WA  98501

    Stewart A Johnston, Esq.
    ATTORNEY GENERAL'S OFFICE
    LABOR & PERSONNEL DIV
    PO BOX 40145
    OLYMPIA, WA  98504-0145
    FAX 1-360-664-4170