HONORABLE FRANKLIN D. BURGESS

MAY 10 2002
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY _____ DEPUTY

RECEIVED
MAY 07 2002
OFFICE OF ATTORNEY GENERAL
LABOR & PERSONNEL DIVISION

UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| KATHLEEN M. HOUSE, | Case No : No. C98-5262 |
| Plaintiff, | PLAINTIFF'S NOTICE OF CHANGE OF ADDRESS |
| vs. | |
| WASHINGTON STATE DEPARTMENT OF FISH AND WILDLIFE,, AND THE STATE OF WASHINGTON, | |
| Defendant | |

Plaintiff's address has changed.  Plaintiff's current address is 301 T Street, South West, Apartment B18, Tumwater, Washington  98501.

Dated this 7th day of May, 2002

_____
KATHLEEN HOUSE, PRO SE



CV 98-05262 #00000079

KATHLEEN HOUSE, PRO SE

79