HONORABLE FRANKLIN D BURGESS

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

RECEIVED MAY 3 1 2002
OFFICE OF THE ATTORNEY GENERAL
LABOR & PERSONNEL DIVISION

| | |
|---|---|
| KATHLEEN M HOUSE, | ) Case No · No  C98-5262 |
| Plaintiff, | ) PLAINTIFF'S MOTION FOR CONTINUANCE |
| vs | ) OF DISCOVERY |
| WASHINGTON STATE DEPARTMENT OF FISH AND WILDLIFE, AND THE STATE OF WASHINGTON, | ) |
| Defendant | ) |

COMES NOW the plaintiff, Kathleen House, and moves the court for an extension of time to conduct discovery. This motion is based on the attached affidavit

Dated this 31st day of May 31, 2002

*signature*
KATHLEEN HOUSE, PRO SE

CV 98-05262 #00000080

Statement of Service

I certify that I have served a copy of the attached Motion for Continuance of Discovery and supporting affidavit on defendants' office at 905 Plum Street, SE, Building 3, Olympia, Washington or by mailing same via first-class mail to 905 Plum Street, SE, Building 3, P O Box 40145, Olympia, Washington  98504-0145 on May 31, 2002

*signature*
Kathleen M House

MOTION FOR CONTINUANCE OF DISCOVERY -1-    KATHLEEN HOUSE, PRO SE

80