HONORABLE FRANKLIN D. BURGESS

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA



| | |
|---|---|
| KATHLEEN M. HOUSE, | Case. No.: CV98-5262FDB |
| Plaintiff | PLAINTIFF'S RESPONSE TO SHOW CAUSE ORDER |
| vs. | |
| WASHINGTON STATE DEPARTMENT OF FISH AND WILDLIFE, AND THE STATE OF WASHINGTON, | |
| Defendants | |

13  COMES NOW the plaintiff, Kathleen M. House, and files this response to the

14  Order to Show Cause, issued July 24th, 2002, faxed to defendants July 24th, 2002, mailed

15  to plaintiff on Thursday, July 25th, 2002 and received at plaintiff's address sometime

16  after Friday, July 26th, 2002.. The order requires that plaintiff's answer be filed in the

17  Tacoma District Court by 4:30 p.m on Monday, July 29th, 2002.

18  Plaintiff is currently in Atlanta, Georgia, as part of a job search. Plaintiff's

19  housemate has been checking her mail daily and has notified plaintiff immediately

20  when mail addressed to her has arrived. As of Thursday, July 25th, plaintiff had no mail

21  from the Tacoma District Court. Plaintiff first learned of the Order when she was able

22  to contact defendants' counsel, Stuart Johnston, on Friday morning, in response to

23  amessage he left Thursday evening at plaintiff's home. Plaintiff and Mr. Johnston

24  PLAINTIFF'S RESPONSE TO
25  SHOW CAUSE ORDER          -1-          KATHLEEN HOUSE, PRO SE



CV 98-05262 #00000095

95

discussed the contents of the Order, and Mr. Johnston very kindly faxed plaintiff a copy later that day, Friday. Mr. Johnston advised plaintiff that he would be working on his repsonse to the order over the weekend and would advise plaintiff of his response on Monday, July 29th, 2002. Mr. Johnston and plaintiff have been in communication throughout the morning of Monday, July 29, 2002. Mr. Johnston and plaintiff agreed on the process described in Mr. Johnston's repsonse on Monday, July 29th, 2002. As plaintiff is currently in Atlanta, Georgia, it is impossible for her to file a response by 4:30 on Monday, July 29th, 2002. Plaintiff called Judge Burgess's chambers on July 29th, 2002,, explained her situation to the clerk there, and inquired about the possibility of filing her response by fax. The clerk referred her to the regular court clerks for the answer to her question. The clerk Dara told plaintiff that plaintiff could not file a document by fax. Plaintiff's only option is to send this response by fax to Olympia and ask that it be mailed from there.

Plaintiff agrees with the circumstances outlined in Mr. Johnston's response. She did not take ino consideration the deadline specified by the minute order, and believes she did not notice this deadline in part because she believed that defendants' attorneys did not think the case suitable for mediation. Plaintiff hopes the court will recognise that she did not deliberately ignore the deadline of June 12, 2002; she failed to notice this was a deadline when noting the deadlines in the preceeding paragraph of the minute order on her calendar.

Signed July 29, 2002

*Kathleen House*

Kathleen M. House, Pro Se

PLAINTIFF'S RESPONSE TO
SHOW CAUSE ORDER                    -2-                KATHLEEN HOUSE, PRO SE

1    STATEMENT OF SERVICE

2    I certify that I have served a copy of the attached
3    Response to Show Cause Order by having same mailed to
4    defendants address at
5    905 Plum Street SE, Bldg 3
6    P.O. Box 40145
7    Olympia, Washington  98504-0145
8    on July 29th, 2002
9

10   *[signature]*

11   Kathleen M. House

12   PLAINTIFF'S RESPONSE TO
13   SHOW CAUSE ORDER            -3-            KATHLEEN HOUSE, PRO SE