ENTERED
ON DOCKET

AUG 2 6 2002

By Deputy

# United States District Court
WESTERN DISTRICT OF WASHINGTON

FILED / LODGED
RECEIVED

AUG 2 6 2002

CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY                                DEPUTY

KATHLEEN M. HOUSE,

v.

WASHINGTON STATE DEPARTMENT OF
FISH & WILDLIFE; and
THE STATE OF WASHINGTON,

JUDGMENT IN A CIVIL CASE

CASE NUMBER: C98-5262FDB

___ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

_XX_ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

Defendants' Motion for Summary Judgment is granted. This action is dismissed.

August 26, 2002

BRUCE RIFKIN
Clerk

By B. Kay McDermott, Deputy Clerk

97

ec

United States District Court
for the
Western District of Washington
August 26, 2002

* * MAILING CERTIFICATE OF CLERK * *

Re: 3:98-cv-05262

True and correct copies of the attached were mailed by the clerk to the following:

```
Kathleen M House
APT B18
301 T ST SW
TUMWATER, WA  98501
360-236-9941

Stewart A Johnston, Esq.
ATTORNEY GENERAL'S OFFICE
LABOR & PERSONNEL DIV
PO BOX 40145
OLYMPIA, WA  98504-0145
FAX 1-360-664-4170

FDB
```