ENTERED
ON DOCKET

SEP 17 2002

BY DEPUTY

FILED _____ LODGED
_____ RECEIVED

SEP 16 2002

CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY_____ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

KATHLEEN M. HOUSE,

    Plaintiff,

v.

WASHINGTON STATE DEPARTMENT OF
FISH AND WILDLIFE AND THE STATE OF
WASHINGTON,

    Defendants.

Case No. C98-5262 FDB

ORDER DENYING PLAINTIFF'S
MOTION FOR RECONSIDERATION

    Plaintiff Kathleen M. House requests the Court to reconsider its Order granting defendant's motion for summary judgment. The Court has considered plaintiff's motion and finds that it should be **DENIED**.

    Plaintiff urges the Court to reconsider its decision to grant defendant's motion for summary judgment. (Dkt. #98). Motions for reconsideration are disfavored and are ordinarily denied in the absence of a showing of manifest error in the prior ruling. United States District Court for the Western District of Washington Local Rule 7(e)(1). In this case, no manifest error has been shown.

    Plaintiff continues to argue that "there existed a long-standing pattern of retaliation by management within Fish and Wildlife." Plaintiff, however, is unable to support her accusation with

ORDER - 1

any evidence. Because plaintiff has failed to show manifest error in the Court's prior ruling, the Court's decision to grant defendants' motion for summary judgment remains unchanged.

ACCORDINGLY,

IT IS SO ORDERED:

(1)  Plaintiff's Motion for Reconsideration (Dkt. #98) is **DENIED**; and

(2)  The Clerk is directed to send copies of this Order to plaintiff and counsel for defendants.

DATED this /6 day of September, 2002.

FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE

ORDER - 2

car

United States District Court
for the
Western District of Washington
September 17, 2002


* * MAILING CERTIFICATE OF CLERK * *


Re:  3:98-cv-05262


True and correct copies of the attached were mailed by the clerk to the following:

   Kathleen M House
   APT B18
   301 T ST SW
   TUMWATER, WA  98501
   360-236-9941

   Stewart A Johnston, Esq.
   ATTORNEY GENERAL'S OFFICE
   LABOR & PERSONNEL DIV
   PO BOX 40145
   OLYMPIA, WA  98504-0145
   FAX 1-360-664-4170

   Judge Burgess